## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| MICHAEL W. HILL )<br>7912 Barclay Place )<br>White Plains, MD.  20895 )<br>                                                    )<br>          Plaintiff                              )<br>                                                    )      Case No<br>UNITED STATES OF AMERICA )<br>                                                    )<br><u>Serve:</u>                                         )<br>The Honorable Eric Holder            )<br>United States Attorney General   )<br>United States Department of Justice )<br>950 Pennsylvania Avenue, N.W.  )<br>Washington, DC 20530-0001       )<br>                                                    )<br>and                                                )<br>                                                    )<br>_____ )<br><u>Serve:</u>                                         )<br>The Honorable Ronald C. Machen, Jr. )<br>United States Attorney for           )<br>       the District of Columbia       )<br>555 4th Street, N.W.                 )<br>Washington, D.C. 20520              )<br>                                                    )<br>and                                                )<br>                                                    )<br>_____ )<br><u>Serve:</u>                                         )<br>The Honorable Elaine Kaplan       )<br>General Counsel                          )<br>Office of Personnel Management )<br>1900 E Street, N.W.                     )<br>Washington, DC 20415               )<br>                                                    )<br>          Defendant                          )  | |

## **COMPLAINT**

Comes now the Plaintiff, Michael W. Hill, by and through her attorney, Gerald I. Holtz, and hereby files this claim against the Defendant, United States of America, and in support thereof, states as follows:

1.      Jurisdiction over this case is conferred by 28 U.S.C., § 1346.

2.      Venue is properly laid in this District pursuant to 28 U.S.C., § 1391, as the cause of action arose in the District of Columbia.

3.      The Plaintiff, Michael W. Hill, is an individual citizen of the United States specifically residing in the State of Maryland.

4.      The Defendant, United States of America (United States), is amenable to suit under 28 U.S.C., §2679(b)(1) for damages arising from the negligent conduct by one of its employees within the scope of his or her employment.

5.      As required by 28 U.S.C., §2675, Plaintiff has exhausted his administrative remedies against Defendant United States.

## FACTUAL ALLEGATIONS

6.      That on or about May 23, 2011, the Plaintiff, a UPS delivery man, was attempting to load boxes onto a handcart in a freight elevator located at 1900 E Street, N.W., Washington D.C. when the Defendant's employee negligently closed the elevator gate, striking the Plaintiff.

7.      That at the same time and place aforementioned, the Defendant, by and through their employee attempted to closed the elevator door of the aforesaid freight elevator, causing the doors to strike the Plaintiff.

## COUNT I

(Negligence)

8.      The Plaintiff incorporates by reference the allegations contained in the preceding paragraphs.

9.      That at the same time and place mentioned above, the Defendant's employee negligently failed to look before closing the elevator gate, negligently failed to warn the Plaintiff

that he intended to close the elevator gate, negligently closed the elevator gate when it was unsafe to do so, and as a result, the elevator gate struck the Plaintiff, causing the Plaintiff to sustain injuries and damages

10. As a result of the negligent and careless conduct of the Defendant by and through their employee as set forth herein, the Plaintiff, suffered severe, painful and permanent injuries in and about the head, body and limbs; has and will suffer great physical pain, mental anguish, and nervous shock; has and will in the future expend money for hospital, medical, and nursing care and treatment and related items; has and will in the future suffer a loss of earnings and/or a reduced earning capacity; has sustained a loss of personal property, and has and will be unable to pursue her usual and normal activities; all to his damage.

WHEREFORE, Plaintiff, Michael W. Hill, demands judgment in his favor and against the United States of America in the amount of One Hundred Thousand ($100,000.00) Dollars, plus interest, costs and other such relief as this Court deems proper.

Respectfully submitted,

/s/ Gerald I. Holtz
Gerald I. Holtz Bar No. 221812
611 Rockville Pike, Suite 225
Rockville, Maryland 20852
(301) 610-0777
Fax No. (301) 279-7608
giholtz@aol.com

Attorney for Plaintiff